No. 73–88. UNITED STATES *v.* EDWARDS ET AL. C. A. 6th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–187. KEWANEE OIL CO. *v.* BICRON CORP. ET AL. C. A. 6th Cir. Motions by the following organizations for leave to file briefs as *amici curiae* are granted: American Patent Law Assn., Association for the Advancement of Invention & Innovation, Manufacturing Chemists Assn., Licensing Executives Society, Patent Law Association of Chicago, American Bar Assn., New York Patent Law Assn., and SCM Corp. Certiorari granted. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 72–1217. RICHARDSON *v.* COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, ET AL. C. A. 8th Cir. Certiorari denied.

No. 72–1339. INSURANCE COMPANY OF NORTH AMERICA *v.* WISE ET AL.; and

No. 72–6477. DA'VILLE, TUTRIX *v.* WISE ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–1385. JEFFERY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.